IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KORBI L. KRESHNIK,**

    Petitioner,

    v.                                                       No. CV 10-636 WJ/ACT

**RAY TERRY, Otero County
Processing Center,**

    Respondent.

## **ORDER**

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge entered November 9, 2010. [Doc. No. 16]. Petitioner has not filed any objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss Petitioner's Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241 [Doc. 7] is granted, and Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241 is dismissed without prejudice.

                                                                      **WILLIAM P. JOHNSON**
                                                                      **United States District Judge**